USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

RAYMOND STETCHER and DIANE STETCHER,

                                  Plaintiffs,

                           -v-

AERCO INTERNATIONAL, INC., AIR & LIQUID SYSTEMS CORPORATION, ARMSTRONG PUMPS, INC., BLACKMER, BCME INC. f/k/a UNITED CENTRIFUGAL PUMP, CBS CORPORATION f/k/a VIACOM INC., successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION, CLEAVER-BROOKS COMPANY, INC., EATON CORPORATION, individually and as successor-in-interest to CUTLER-HAMMER, INC., EATON HYDRAULICS LLC successor by merger to EATON HYDRAULICS INC. f/k/a VICKER, INC., FOSTER WHEELER LLC, GENERAL ELECTRIC COMPANY, GOULD PUMPS, INC., IMO INDUSTRIES, INC., ITT LLC, individually and as successor to BELL & GOSSETT and as successor to KENNEDY VALVE MANUFACTURING CO., INC., JENKINS BROS, SCHNEIDER ELECTRIC USA, INC. f/k/a SQUARED COMPANY, UNION CARBIDE CORPORATION, WARREN PUMPS, LLC, GRINNELL LLC,

                                  Defendants.

-------------------------------------------------------------- X

1:19-cv-8029-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The deadline for all Defendants except Crane Corporation to answer or otherwise respond

to the amended complaint is extended until November 26, 2019.

SO ORDERED.

Dated: November 22, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge