UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RAYMOND STECHER and
DIANNE STECHER,

    Plaintiffs,

    v.

AERCO INTERNATIONAL, INC., et al.,

    Defendants.
-----------------------------------------------------------X

Case No.: 1:19-cv-08029-GHW

Hon. Gregory H. Woods

# ORDER FOR LEAVE TO AMEND THE COMPLAINT

IT IS HEREBY ORDERED THAT Plaintiffs are granted leave to file the proposed amended complaint filed at Dkt No. 117-2.

SO ORDERED.

Dated: December 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge