

**BARRY McTIERNAN & MOORE**

101 Greenwich Street, 14th Floor
New York, NY 10006
P: 212-313-3600
F: 212-608-8901

New York, NY | White Plains, NY | Rochester, NY | Edison, NJ | Philadelphia, PA          WWW.MCTIERNANLAW.COM

Writer's Direct: (212) 313-3606
Writer's Email: shalbardier@bmmfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

July 18, 2022

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    Raymond and Diane Stecher v. Aerco International, Inc., et al.
            Case No.: 1:19 cv 08029-GHW
            Our File No.: CLB 64945

Dear Judge Woods:

    We represent defendant Cleaver-Brooks, Inc. in this matter. As a follow up to our discussion with Your Honor during Friday's call, please let this letter advise you that we will be withdrawing our motion which seeks a Daubert hearing. The motion was filed on the docket on July 13, 2022 with docket entry number 286.

    Respectfully submitted,

BARRY McTIERNAN & MOORE LLC

Suzanne M. Halbardier, Esq.

cc: (via ECF)

All counsel of record

---

The motion filed by Defendant Clerver-Brooks at Dkt. No. 286 is withdrawn. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 286.

SO ORDERED.

Dated: July 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge