```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND STECHER and DIANE STECHER, :
:
                      Plaintiffs, :
:   1:19-cv-8029-GHW
-v- :
:   <u>ORDER</u>
ARMSTRONG PUMPS, INC., et al., :
:
                  Defendants. :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on July 15, 2022, the parties are directed to submit their joint requests to charge no later than July 29, 2022. The parties are directed to comply with the Court's instructions at the July 15, 2022 conference, as well as the Court's Individual Rule 5(C).

      SO ORDERED.

Dated: July 18, 2022
New York, New York

                                            GREGORY H. WOODS
                                     United States District Judge