USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND STECHER and DIANE STECHER,

                    Plaintiffs,

-v-

ARMSTRONG PUMPS, INC., et al.,

                    Defendants.
----------------------------------------------------------------- X

1:19-cv-8029-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated July 29, 2022, Plaintiffs informed the Court that they had settled their claims against all remaining defendants. Dkt. No. 300. The Court observes that Plaintiffs brought this case against Eaton Hydraulics LLC but that Plaintiffs have not filed a stipulation of dismissal against Eaton Hydraulics LLC and Eaton Hydraulics LLC has not otherwise been removed from this case. Plaintiffs are directed to inform the Court, no later than August 12, 2022, whether any claims remain outstanding against Eaton Hydraulics LLC or any other party.

        SO ORDERED.

Dated: August 10, 2022
New York, New York

                                      GREGORY H. WOODS
                                     United States District Judge