```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAYMOND STECHER and DIANE STECHER, :
:
                        Plaintiffs,  :
:        1:19-cv-8029-GHW
          -v-                     :
:        <u>ORDER</u>
ARMSTRONG PUMPS, INC., et al.,  :
:
                        Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court understands that, as of August 11, 2022, Plaintiffs have stipulated to dismissal of Plaintiffs' claims against all remaining Defendants. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 11, 2022
New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge